# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br>    Plaintiff(s),<br>v.<br>GRANITE CREST HOMEOWNERS ASSOCIATION, et al.,<br>    Defendant(s). | Case No.: 2:17-cv-00365-JAD-NJK<br><br>**ORDER** |

A summons was returned executed for Defendant Nevada Association Services, Inc. providing a deadline to respond to the complaint of February 28, 2017. Docket No. 5. To date, Nevada Association Services has not responded to the complaint. Plaintiff has not sought default or otherwise explained how it intends to proceed against Nevada Association Services given that failure. Accordingly, Plaintiff shall file either a request for entry of default or a status report explaining how it intends to proceed against Nevada Association Services by July 15, 2019.

IT IS SO ORDERED.

Dated: July 1, 2019

_____
Nancy J. Koppe
United States Magistrate Judge