DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWMBS, Inc., CHL Mortgage Pass-Through Trust 2005-HYB10 Mortgage Pass-Through Certificates, Series 2005-HYB10*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB10 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-HYB10,<br><br>Plaintiff,<br><br>v.<br><br>GRANITE CREST HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00365-JAD-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE DISMISSAL DOCUMENTS**<br><br>(Second Request)<br><br><br>**ORDER** |

The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWMBS, Inc., CHL Mortgage Pass-Through Trust 2005-HYB10 Mortgage Pass-Through Certificates, Series 2005-HYB10 (**BoNYM**), and Granite Crest Homeowners Association (**Granite Crest**), by and through their undersigned counsel of record, hereby stipulate as follows:

52742345;1

1. The parties reached a settlement as indicated by the notice of settlement filed on January 9, 2020. (ECF No. 34).

2. BoNYM filed a status report regarding settlement on February 14, 2020.

3. The parties filed a stipulation to extend the time to file dismissal documents on March 16, 2020.

2. The parties have continued working to make mutually acceptable revisions to the draft settlement agreement. Based on these discussions, BoNYM circulated the latest version of the agreement for Granite Crest's review on March 16, 2020. Granite Crest is currently reviewing the revised agreement, and BoNYM awaits a response.

3. The parties intend to submit a stipulation to dismiss as soon as possible. The parties respectfully request the court extend the deadline to file dismissal papers by an additional thirty days.

DATED this 15th day of April, 2020.

| **AKERMAN LLP** | **RANALLI ZANIEL FOWLER & MORAN, LLC** |
|---|---|
| */s/ Nicholas E. Belay, Esq.* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> NICHOLAS E. BELAY, ESQ. <br> Nevada Bar No. 15175 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for The Bank of New York Mellon* | */s/ JASON A. FOWLER, ESQ.* <br> JASON A. FOWLER, ESQ. <br> Nevada Bar No. 8071 <br> 2400 W. Horizon Ridge Parkway <br> Henderson, NV 89052 <br><br> *Attorneys for Granite Crest Homeowners Association* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: 4/21/2020

2

52742345;1