NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWMBS, Inc., CHL Mortgage Pass-Through Trust 2005-HYB10 Mortgage Pass-Through Certificates, Series 2005-HYB10*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB10 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-HYB10,<br><br>Plaintiff,<br><br>v.<br><br>GRANITE CREST HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00365-JAD-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE DISMISSAL DOCUMENTS** & ORDER<br><br>**(Seventh Request)** |

The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWMBS, Inc., CHL Mortgage Pass-Through Trust 2005-HYB10 Mortgage Pass-Through Certificates, Series 2005-HYB10 (**BoNYM**), and Granite Crest Homeowners Association (**Granite Crest**), by and through their undersigned counsel of record, hereby stipulate as follows:

. . .

54229958;1

1. The parties reached a settlement as indicated by the notice of settlement filed on January 9, 2020. (ECF No. 34).

2. BoNYM filed a status report regarding settlement on February 14, 2020.

3. The parties filed a stipulation to extend the time to file dismissal documents on March 16, 2020.  The parties filed a second stipulation to extend the time to file dismissal documents on April 15, 2020, noting that the parties were working to make mutually acceptable revisions to the draft settlement agreement, and Granite Crest was reviewing the most recently revised agreement.

4. The parties filed a third stipulation to extend time to file dismissal documents on May 15, 2020, noting the parties had made progress finalizing the language of the draft settlement agreement.  However, due to delays caused by COVID-19, the parties were unable to execute the final agreement prior to the current dismissal deadline.

5. The parties filed a fourth stipulation to extend time to file dismissal documents on June 15, 2020, indicating the parties had reached an agreement as to the final language in the settlement agreement.

6. The parties filed a fifth stipulation to extend time on July 15, 2020, indicating the finalized agreement was before BoNYM for review and execution.  The parties further indicated, due to an inadvertent error in Granite Crest's prior execution, Granite Crest had to re-execute the agreement.

6. The parties filed a sixth stipulation to extend time on August 14, 2020, indicating final execution of the agreement was delayed due to the unexpected unavailability of the signatory for the HOA.  The parties further indicated they were moving forward with completing the conditions precedent to dismissal in the meantime.

7. BoNYM has executed the agreement since the previous status update; however, execution from the HOA remains outstanding.  This process has been delayed due to the Covid-19 pandemic making it difficult to obtain correctly executed signatures on the settlement documents.  Once the agreement is fully executed, the parties expect to finalize resolution of the remaining matters and submit dismissal documents as soon as possible.  The parties remain aware of the extended time resolving this matter has taken and appreciate the court's patience.  The parties

2

54229958;1

respectfully request the court extend the dismissal deadline by an additional 30 days.  The parties do not anticipate requiring further extension of the dismissal deadline.

8. This is the parties seventh request for an extension to this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 14th day of September, 2020.

| **AKERMAN LLP** | **RANALLI ZANIEL FOWLER & MORAN, LLC** |
|---|---|
| */s/ Nicholas E. Belay, Esq.*<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for The Bank of New York Mellon* | */s/ Jason Andrew Fowler, Esq.*<br>JASON ANDREW FOWLER, ESQ.<br>Nevada Bar No. 8071<br>2400 W. Horizon Ridge Parkway<br>Henderson, NV 89052<br><br>*Attorneys for Granite Crest Homeowners Association* |

### ORDER

The parties reached a settlement in this case eight months ago, and it appears that it is taking an inordinate amount of time for the HOA to sign the settlement documents.  Although the court is sympathetic that the pandemic has made most business more difficult to conduct, this delay is becoming excessive even under these circumstances.  Accordingly, **the court grants this stipulation [ECF No.  52] and extends the deadline for dismissal documents to 10/18/2020.**  However, should the documents still not be signed by that deadline, the court will order the parties to an in-person hearing.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 16, 2020

3

54229958;1